UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SLAY INDUSTRIES and SLAY TRANSPORTATION CO., INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:05CV964 CDP |
| MARSH USA, INC., et al., | ) ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before me on defendants' motion to dismiss, or in the alternative, to stay the present action pending a ruling from the Federal Judicial Panel on Multi-district Litigation on the defendants' request for a transfer. Defendants maintain that this action shares common questions of fact with other cases that the MDL Panel has previously transferred and consolidated in the United States District Court for the District of New Jersey. On June 29, 2005, defendants filed their Notice of Tag-Along Action with the MDL Panel requesting an order transferring this case to the District of New Jersey for coordination and consolidation with these previously transferred actions. The MDL Panel has yet to rule on the defendants' request, but should in the near future. In the interests of judicial economy, I will wait to rule on the current matters before me until the MDL

Panel has decided that this action will, or will not, be transferred to the District of New Jersey.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is stayed until the Federal Judicial Panel on Multi-district Litigation has issued a final ruling on defendants' Notice of Tag-Along. The Court will then address current matters before it.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 1st day of August, 2005.