# UNITED STATES JUDICIAL PANEL
## on
# MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C.  20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

July 27, 2009

TO THE CLERK OF THE FOLLOWING COURT:

EASTERN DISTRICT OF MISSOURI

Re: MDL No. 1663 -- IN RE: Insurance Brokerage Antitrust Litigation

(See Attached CRO)

Dear Clerk:

Attached as a PDF document is a copy of a conditional remand order filed by the Panel in the above-captioned matter on July 9, 2009. The order was entered pursuant to 28 U.S.C. § 1407(a) which provides that "[E]ach action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred...." A certified copy of this order has also been transmitted via email today to the District of New Jersey.

Please note that transmittal of the order was stayed 15 days to give any party an opportunity to oppose the remand. The 15-day period has now elapsed, no opposition has been received, and the order is directed to you for filing.

Pursuant to Rule 7.6(g) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 438 (2001), parties are to furnish District of New Jersey with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Tanisha Spinner
Tanisha Spinner
Deputy Clerk

Attachment (Conditional Remand Order is a Separate Document)

JPML Form 41B

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Jul 09, 2009

FILED
CLERK'S OFFICE

**IN RE: INSURANCE BROKERAGE ANTITRUST LITIGATION**

| | |
|---|---|
| Emerson Electric Co. v. Marsh USA, Inc., et al., <br>    D. New Jersey, C.A. No. 2:05-5697 <br>   (E.D. Missouri, C.A. No. 4:05-455) <br> Slay Industries, et al. v. Marsh & McLennan, <br>    D. New Jersey, C.A. No. 2:05-5698 <br>   (E.D. Missouri, C.A. No. 4:05-964) | ) <br> )    MDL No. 1663 <br> ) <br> ) <br> ) <br> ) |

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the actions on this conditional remand order have been completed and that remand to the transferor courts, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the actions on this conditional remand order be remanded to their respective transferor courts.

IT IS ALSO ORDERED that, pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 436-38 (2001) (Rules), the transmittal of this order to the transferee clerk for filing shall be stayed 15 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the District of New Jersey.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), the parties shall furnish the Clerk for the District of New Jersey with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

Inasmuch as no objection is pending at this time, the stay is lifted.

**Jul 27, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# UNITED STATES JUDICIAL PANEL
## on
# MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | W. Royal Furgeson, Jr.<br>United States District Court<br>Northern District of Texas | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal |
| | Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Frank C. Damrell, Jr.<br>United States District Court<br>Eastern District of California | Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | | Telephone: [202] 502-2800<br>Fax:   [202] 502-2888<br>http://www.jpml.uscourts.gov |

July 27, 2009

TO THE CLERK OF THE FOLLOWING COURT:

EASTERN DISTRICT OF MISSOURI

Re: MDL No. 1663 -- IN RE: Insurance Brokerage Antitrust Litigation

(See Attached CRO)

Dear Clerk:

Attached as a PDF document is a copy of a conditional remand order filed by the Panel in the above-captioned matter on July 9, 2009. The order was entered pursuant to 28 U.S.C. § 1407(a) which provides that "[E]ach action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred...." A certified copy of this order has also been transmitted via email today to the District of New Jersey.

Please note that transmittal of the order was stayed 15 days to give any party an opportunity to oppose the remand. The 15-day period has now elapsed, no opposition has been received, and the order is directed to you for filing.

Pursuant to Rule 7.6(g) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 438 (2001), parties are to furnish District of New Jersey with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By *Tanisha Spinner*
Tanisha Spinner
Deputy Clerk

Attachment (Conditional Remand Order is a Separate Document)

JPML Form 41B