UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SLAY INDUSTRIES et al, ) | |
| ) | |
| Plaintiff (s), ) | |
| ) | |
| ) | Case No. 4:09-cv-01273 CDP |
| MARSH & MCLENNAN ) | |
| COMPANIES INC., et al ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

## ORDER

The above-styled case was inadvertently opened in error upon transfer back to the Eastern District of Missouri on August 11, 2009. Because this case was originally filed in this court with case number 4:05cv00964CDP , a new case number should not have been assigned.

**IT IS HERE BY ORDERED** that Case No. 4:09cv01273CDP is hereby administratively closed.  Judge Perry's name will be replaced for future assignment.


Dated this 12th day of August, 2009.


                            JAMES G. WOODWARD
                            CLERK OF COURT

                            By:/s/ Lori Miller-Taylor
                                Deputy Clerk


Please refer to Case No. **4:05cv00964 CDP** in all future matters concerning this

case.