UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SLAY INDUSTRIES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CV964 CDP |
| | ) | |
| MARSH & McLENNAN | ) | |
| COMPANIES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

This case was transferred to the United States District Court of New Jersey in 2005 for consolidated pretrial proceedings as part of MDL-1663, *In Re Insurance Brokerage Antitrust Litigation*. On July 27, 2009, the case was conditionally remanded to this court because pretrial proceedings in the MDL have been completed. However, upon remand, the case was inadvertently opened as a new case (4:09CV1273 CDP). Because this case was originally filed with case number 4:05CV964 CDP, it should not have been assigned a new case number.

On August 12, 2009, the clerk administratively closed the inadvertently opened new case. However, on August 19, 2009, plaintiffs filed a motion to remand in that now-closed case. I was not aware of that motion when I set a status

conference and ordered the parties to file a joint scheduling statement. Now that the inadvertently opened case has been closed, and the filings entered in the proper case (4:05CV964 CDP), I will vacate the Order setting a status conference. I will reset this conference as necessary after I rule on the motion to remand that is now pending. The parties are reminded that all filings should be in the 4:05CV964 CDP case, not in the 2009 case that was opened by mistake.

Accordingly,

**IT IS HEREBY ORDERED** that the August 24, 2009 Order setting a status conference and requiring a joint report [#28] is VACATED, and will be reset as necessary after I rule on the pending motion to remand.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 26th day of August, 2009.